In the Matter of the Application of JOSEPH HAAS for Payment of an Award Made in Condemnation Proceedings by the City of New York to Acquire Title to Lands at the Corner of Sumpter Street and Rockaway Avenue, in the Borough of Brooklyn, for School Site Purposes.

Heirs of JOHN BAILEY, Appellants; Heirs of SARAH DURYEA, Respondents.

*Matter of Haas*, 145 App. Div. 942, affirmed.
(Submitted June 3, 1914; decided June 18, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 29, 1911, which confirmed the report of a referee in a proceeding to determine title to an award

theretofore made to "unknown owners" in condemnation proceedings.

*Merle I. St. John* for appellants.

*William J. Pape* for respondents.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, HOGAN, MILLER and CARDOZO, JJ. Dissenting: HISCOCK, J.